Stephen J. Tully, SBN 112390
stully@garrett-tully.com
Efrén A. Compeán, SBN 119658
ecompean@garrett-tully.com
Trang T. Tran, SBN 204481
ttra@garrett-tully.com
GARRETT & TULLY, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, California 91101-4869
(626) 577-9500 * Fax (626) 577-0813

Attorneys for Defendant
Stonefield Josephson, Inc.

E-FILED 08/21/13

LINK #50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. MOSIER as Receiver for PRIVATE EQUITY MANAGEMENT GROUP, INC. and PRIVATE EQUITY MANAGEMENT GROUP, LLC and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>STONEFIELD JOSEPHSON, INC., CPAs, a California Corporation; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-02666 PSG (Ex)<br>[Hon. Philip S. Gutierrez]<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///
///
///
///
///
///
///

1

This action came for hearing before the Court, on July 1, 2013, Honorable Philip S. Gutierrez, District Judge Presiding, on a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendant Stonefield Josephson, Inc. CPAs recover its costs.

DATED: 8/20/13

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 9, 2013.


    /S/ Becky Peña
BECKY PEÑA
GARRETT & TULLY, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, California 91101-4869
(626) 577-9500 * Fax (626) 577-0813
bpena@garrett-tully.com

137547.wpd